DAVID J. KAMINSKI (SBN 128509)
kaminskid@cmtlaw.com
STEPHEN A. WATKINS (SBN 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendant
CAINE & WIENER COMPANY, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE GARCIA, JR. on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAINE & WIENER COMPANY, INC. and NESTLÉ WATERS NORTH AMERICA, INC.,<br><br>Defendant | CASE NO. 16-cv-00850-DMS (DHB)<br><br>**ORAL ARGUMENT**<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT AND STRIKE CLASS ALLEGATIONS PURSUANT TO FED. R. CIV. P. 12(b)(6), 12(f) AND 23(d)(1)(D) AND JOINDER IN NESTLE MOTION TO DISMISS**<br><br>**Date: January 20, 2017**<br>**Time: 1:30 p.m.**<br>**Judge: Hon. Dana M. Sabraw**<br>**Dept.: 13A** |

**TO THE COURT, EACH PARTY, AND TO THE ATTORNEY OF RECORD FOR EACH PARTY IN THIS ACTION:**

NOTICE IS HEREBY GIVEN that on Friday, January 20, 2017, at 1:30 p.m., in Department 13A of the Court, located at 333 West Broadway, San Diego, California 92101, or as soon thereafter as counsel may be heard, Defendant Caine & Weiner Company, Inc. ("C&W") will move for an order to dismiss with prejudice the Second Amended Complaint filed by plaintiff Jesse Garcia, Jr. ("Plaintiff") pursuant to Fed. R. Civ. P. 12(b)(6), and to move to dismiss or strike Plaintiff's class claims against C&W pursuant to Fed. R. Civ. P. 12(b)(6), 12(f) and 23(d)(1)(D).

The motion to dismiss Plaintiff's individual claims pursuant to Fed. R. Civ. P. 12(b)(6) is made upon the following grounds:

Plaintiff fails to state a plausible claim for relief under the Telephone Consumer Protection Act, 47 U.S.C. §227(b)(1) ("TCPA") or Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, as he does not identify specific dates, times and identify the relevant defendant with respect to the calls at issue in this case.

The motion to dismiss or strike Plaintiff's class claims pursuant to to Fed. R. Civ. P. 12(b)(6), 12(f) and 23(d)(1)(D) is made upon the following grounds:

Plaintiff has failed to state a claim against C&W for class-wide relief under the TCPA as Plaintiff's allegations do not establish the existence of a plausible class based on the unique circumstance alleged with respect to Plaintiff.

Plaintiff has failed to state a claim against C&W for class-wide relief under the FDCPA as Plaintiff's allegations do not establish the existence of a plausible class based on the unique circumstance alleged with respect to Plaintiff.

C&W also joins in Defendant Nestle Waters North America, Inc.'s ("NWNA") motion to dismiss.

This motion and joinder are based upon this Notice of Motion, Memorandum of Points and Authorities, the pleadings, records and files in this action, and upon all oral and documentary evidence presented at the hearing of this Motion.

Dated:  December 1, 2016                **CARLSON & MESSER LLP**

By: /s/ David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant,
CAINE & WEINER COMPANY, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2016, a true and correct copy of the foregoing NOTICE OF MOTION TO DISMISS was filed through the ECF system, which will send notification of such filing to the following e-mail addresses:

| Attorneys for Plaintiff | Attorneys for NWNA |
|---|---|
| Kira M. Rubel<br>Law Offices of Kira M. Rubel<br>19689 7th Ave. NE<br>Suite 160<br>Poulsbo, WA 98370<br>Email:<br>krubel@kmrlawfirm.com | Jeffrey M. Garrod<br>Orloff, Lowenbach, Stifelman & Siegel, P.A.<br>101 Eisenhower Parkway<br>Suite 400<br>Roseland, NJ 07068<br>Pro hac vice<br>jmg@olss.com<br><br>Christopher J Healey<br>Robert Anthony Cocchia<br>Dentons US LLP<br>4655 Executive Drive, Suite 700<br>San Diego, CA 92121<br>(619) 236-1414<br>Fax: (619) 232-8311<br>chris.healey@dentons.com<br>robert.cocchia@dentons.com |

DATED:  December 1, 2016        CARLSON & MESSER LLP

By:     s/David J. Kaminski
        David J. Kaminski
        Attorneys for Defendant
        CAINE & WIENER COMPANY, INC.